# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 05-1608

———————

Hugh Ryan Garth,                                    *
                                                    *
            Appellant,                              *
                                                    *    Appeal from the United States
      v.                                            *    District Court for the
                                                    *    Eastern District of Missouri.
Reis Environmental; Wise El Santo Co.,   *
Inc.,                                               *    [UNPUBLISHED]
                                                    *
            Appellees.                              *

———————

Submitted: June 9, 2006
Filed: June 14, 2006

———————

Before MELLOY, FAGG, and BENTON, Circuit Judges.

———————

PER CURIAM.

Hugh Ryan Garth appeals the district court's[1] adverse grant of summary judgment in his Title VII employment-discrimination suit against his former employer, Reis Environmental, and its corporate parent, Wise El Santo Co., Inc. Having carefully reviewed the record, *see Kincaid v. City of Omaha*, 378 F.3d 799, 803-04 (8th Cir. 2004) (de novo standard of review), we agree with the district court

---

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

that there is no genuine issue of material fact and defendants are entitled to judgment as a matter of law. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____